

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2017

No. 04-17-00188-CV

**IN RE: THE COMMITMENT OF RICHARD P. BARNES**

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI08424
Honorable Jefferson Moore, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to November 13, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:  Melinda Fletcher
Special Prosecution Unit - Appellate Attorney
P.O. Box 1744
Amarillo, TX 79105

Sarah Brandon
P.O. Box 4005
Huntsville, TX 77342

Kenneth D. Nash
State Counsel for Offenders (Texas Department of Criminal Justice)
P.O. Box 4005
Huntsville, TX 77342-4005